UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:25CR 38 (KAD) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| TRAVIS TILLEY | : | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) |
| | : | (Possession of Child Pornography) |
| | : | |

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
_____3|6|25_____ 20
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

INFORMATION

The United States Attorney charges:

COUNT ONE
(Possession of Child Pornography)

1.      From on or about August 22, 2022 through on or about March 9, 2023, the exact dates being unknown to the United States Attorney, in the District of Connecticut, the defendant, TRAVIS TILLEY, previously having been convicted in the Connecticut Superior Court of Risk of Injury to a Child, in violation of Connecticut General Statutes § 53-21(a)(2), and Possession of Child Pornography in the Third Degree, in violation of Connecticut General Statutes § 53a-196f, on or about November 1, 2019, did knowingly possess and access with the intent to view material that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including, but not limited to, computer image files titled "8-yo-girl-[REDACTED].webm" and "8yo_Asian_Girl_[REDACTED].webm," the full names of which are known to the United States Attorney, some of which involved a prepubescent minor and a minor who had not attained 12 years of age, knowing that the material contained visual depictions of a minor engaged in sexually explicit conduct, which had been shipped and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; and which had been produced using materials

that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

2.      Upon conviction of the offense alleged in Count One of this Information, the defendant, TRAVIS TILLEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the offense, all property constituting or traceable to proceeds obtained, directly or indirectly, from such offense, and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offense, including, but not limited to, the following: (1) one Hewlett Packard Pavilion Laptop, serial number 5CD7257QGD and (2) one Samsung 128GB Flash Drive, both of which were seized from TRAVIS TILLEY on or about March 9, 2023.

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

2

3

All in accordance with Title 18, United States Code, Section 2253; Title 21, United States

Code, Section 853; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY